The Town of Delray, Plaintiff in Error, v. Lot L. Smith et al., Defendants in Error.

A Writ of Error to the Circuit Court for Palm Beach County.

Writ of Error dismissed by order of the Court.

*Currie & Yeomans,* for Plaintiff in Error;

*S. C. Kearley* and *A. C. Adams,* for Defendants in Error.